SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HONG CHEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALES, Director of U.S. Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation,<br><br>　　　　Defendants. | No. C 07-0721 MHP<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

The plaintiff, appearing *pro se*, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about February 5, 2007. The United States Attorney's Office was not served until April 24, 2007.

2. Pursuant to this Court's February 5, 2007 Order Continuing the Case Management Conference, the parties are required to file a joint case management statement on May 7, 2007, and attend a case management conference on May 14, 2007.

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this

Stip. to Extend
C07-0721 MHP                                              1

[FILED MAY 3, 2007 — RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

1 case and/or Answer and prepare a joint case management statement, the parties hereby respectfully
2 ask this Court to extend the dates in the Court's scheduling order as follows:

3 Last day to file Defendants' Answer: June 22, 2007
4 Last day to file Joint ADR Certification: July 2, 2007
5 Last day to file/serve Joint Case Management Statement: July 16, 2007
6 Case Management Conference: July 23, 2007, at 4:00 p.m.

7 Date: April ____, 2007                        Respectfully submitted,

8                                               SCOTT N. SCHOOLS
                                                United States Attorney
9

10
                                                EDWARD A. OLSEN
11                                              Assistant United States Attorney
                                                Attorneys for Defendants
12

13

14 Date: April 30, 2007                         HONG CHEN
                                                *Pro se*
15

16                           **ORDER**

17       Pursuant to stipulation, IT IS SO ORDERED.

18 Date: May 2, 2007
19                                              MARILYN HALL PATEL
                                                United States District Judge
20

21
22
23
24
25
26
27
28

Stip. to Extend
C07-0721 MHP                           2