SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HONG CHEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALES, Director of U.S. Citizenship and Immigration Services;<br>DAVID STILL, San Francisco District Director, U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation,<br><br>    Defendants. | No. C 07-0721 MHP<br><br>**STIPULATION TO DISMISS and [PROPOSED] ORDER** |

    Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

Stip. to Dismiss
C07-0721 MHP                                 1

| | | |
|---|---|---|
| 1 | Date: May 2⁴, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Date: May 24, 2007 | HONG CHEN<br>*Pro se* |

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 25, 2007

_____
MARILYN HALL PATEL
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Stip. to Dismiss
C07-0721 MHP